FILED TPA INTAKE USBC
15 APR 2026 PM3:25

## MARITAL SETTLEMENT AGREEMENT

1.The parties Willie Terrell Crowley and April Rose Crowley have agreed the HUSBAND (Willie Terrell Crowley) will assume the liabilities and outstanding debt balances of $331,830.62:

2. The parties Willie Terrell Crowley and April Rose Crowley have agreed the HUSBAND will retain 100 percent ownership of the 2022 Chevrolet Silverado 1500 4WD LTZ Pickup truck VIN#1GCUYGEDXNZ238052.

3. The parties Willie Terrell Crowley and April Rose Crowley have agreed that the wife April Rose Crowley will retain 100 percent ownership of the 2020 Nissan Pathfinder SV Rock creek edition 4WD SUV VIN# 5N1DR2BBM8LC637476.

4. The parties, Willie Terrell Crowley and April Rose Crowley have agreed that the WIFE (April Rose Crowley) will assume the liabilities and outstanding debts balances of $205,544.46.

5. The parties Willie Terrell Crowley and April Rose Crowley have agreed The Husband Willie Terrell Crowley will retain 100 percent ownership of the couple's primary residence physical address is 7005 Aspen Ave Tampa Fl 33637, Folio: 037899-0000, Legal description: TEMPLE PARK UNIT NO 2 LOT 15 BLOCK 2. A Quit Claim deed has been executed, notarized and signed by both parties

6. The parties Willie Terrell Crowley and April R Crowley have agreed the wife April Rose Crowley will pay $3500.00 per month for 36 months starting 03/01/2026 for a duration of 36 months. The alimony payments are to assist the HUSBAND Willie Terrell Crowley while in college to bridge the gap of income and for rehabilitative purposes to allow the husband to gain employability skills so that he may be able to become self-sufficient and independent going forward. Alimony is also being awarded to pay for basic needs such as living expenses, housing, food, and transportation. It is further agreed that by the parties that the amount of alimony, the duration of payments, the amount of payment cannot be increased or decreased or extended for any reason.

7. The parties, Willie Terrell Crowley and April Rose Crowley have agreed that the WIFE (April Rose Crowley) will reside in the marital home for 3-6 months and will pay half of the rent, electricity and water. This portion of the agreement is optional.

Willie Terrell Crowley _____

April Rose Crowley _____

STATE OF FLORIDA
COUNTY OF _Hillsborough_

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this __4__ day of _February_ , ~~2022~~ 2026 by _April Crawley_ , who is/are personally known to me or has/have produced _Drivers License_ as identification.

_____ My Commission Expires: _02 28 2029_
Notary Public Signature (SEAL)
Printed Name _____
☐ Online Notary (Check Box if acknowledgment done by Online Notarization)

_____
NOTARY SIGNATURE

_Irisanniz Negron Cruz_
NOTARY PRINTED NAME
Commission Expiration Date:

_____
_____

Affix Notary Seal/Stamp

Notary Public State of Florida
Irisanniiz Negron Cruz
My Commission HH 714657
Expires 8/26/2029