FILED VIA MAIL

APR 30 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
DIVISION**

Re: Debtor Willie Terrell Crowley

Case 08:24-bk-06168
Chapter 13

## MOTION TO REQUEST TO MODIFY CURRENT CHAPTER 13 PLAN

1.  Debtor, Willie Terrell Crowley, requests an entry of an order to modify the current chapter 13 plan pursuant to bankruptcy code 11U.S.C.§1329

2.  The Debtors Willie Terrell Crowley and April Rose Crowley filed this Chapter 13 bankruptcy case on October 22, 2024.

3.  Debtor Willie Terrell Crowley and April Rose Crowley filed for dissolution of marriage on February 5, 2026, and it was granted on 03/06/2026.

4.  Debtors Willie Terrell Crowley and April Rose Crowley filed a motion to sever/bifurcate their case and stop future joint administration on February 12, 2026, and it was granted on March 18, 2026.

5.  Debtor Willie Terrell Crowley filed a motion on April 20, 2026, to separate claims and accounts of the Chapter bankruptcy case.

6.  Debtor Willie Terrell Crowley is requesting to modify the current Chapter 13 plan and reduce the payment amount due to a decrease in income because of the divorce.

7.  The debtor Willie Terrell Crowley is requesting that this motion be retroactive to cover any past due payments owed on account dating back to the date the case was severed, which is March 18, 2026

8.  The debtor Willie Terrell Crowley will file an amended Schedule I and Schedule J.

WHEREFORE, Debtors respectfully request that the Court enter an order severing this case and for such further relief as the Court deem appropriate.

Date: April 28, 2026

Willie Terrell Crowley _Willi Perrell Croy_

## **PROOF OF SERVICE**

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on April 28, 2026, to:

Middle District of Florida Bankruptcy
Clerk of Courts
801 N, Florida Ave
Tampa, FL 33602

Chapter 13 Trustee Daryl Smith
PO Box 25001
Bradenton, Fl 34206-5001

Capital One Auto Finance
PO Box 259407
Plano TX 75024-9407

Newrez/Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0840

Internal Revenue Services
PO Box 7345
Philadelphia, PA 19101-7317

Willie Terrell Crowley
7005 Aspen AVE
Tampa Fl 33637

TAMPA FL 335
SAINT PETERSBURG FL
28 APR 2026 PM 7 L



US BankRuptcy Clerk of Courts
Middle District of Florida
801 N Florida AVE
Tampa Fl 33602

33602-380099